WILLIAM H. McWHIRTER, Respondent, *v.* ABNER T. BOWEN et al., Appellants.

ALVIN EISERT, Respondent, Impleaded with Another.

*McWhirter* v. *Bowen,* 103 App. Div. 447, affirmed.
(Submitted December 10, 1906; decided January 8, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 23, 1906, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to enforce a written agreement and for an accounting.

*Henry B. Johnson, William L. Marshall* and *John J. Cunneen* for appellants.

*James M. Fisk* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T· BARTLETT, WERNER, HISCOCK and CHASE, JJ.